■ in the Matter of FREDERICK GRAM et al., Appellants, v ASSESSORS OF TOWN OF CUBA et al., Respondents. [937 NYS2d 924]—

Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.